ERIC A. TATE (CA SBN 178719)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:  650.813.5600
Facsimile:  650.494.0792
E-mail:  ETate@mofo.com

KATHRYN M. DAVIS (CA SBN 203454)
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone:  925.295.3300
Facsimile:  925.946.9912
Email:  KathrynDavis@mofo.com

Attorneys for Defendants
KAD ELECTRONICS (USA), INC. AND
SHENYANG (ALEX) XIAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/21/07*

| | |
|---|---|
| FELICIA YONG,<br><br>         Plaintiff,<br><br>    v.<br><br>KAD ELECTRONICS (USA), INC.;<br>SHEN YANG (ALEX) XIAO, an individual; and<br>DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.   C 06 7050 RMW<br><br>**STIPULATION AND**<br>**[ ORDER RELATED**<br>**TO CASE CALENDAR**<br><br>Ctrm     6, 4th Floor<br>Judge:    Hon. Ronald M. Whyte<br>Action Filed:   November 13, 2006<br>Trial Date:    None Set |

1  Plaintiff Felicia Yong ("Plaintiff") and Defendants KAD Electronics (USA), Inc. and
2  Shenyang (Alex) Xiao ("Defendants"), by and through their counsel, hereby stipulate as follows:
3  WHEREAS Plaintiff and Defendants have begun discussions related to settling Plaintiff's
4  claims and presently are in the process of selecting a private mediator and scheduling a mediation
5  date;
6  WHEREAS Plaintiff and Defendants believe the parties can successfully resolve the matter in
7  mediation;
8  WHEREAS the Case Calendar includes the following impending scheduled events

| Date | Event |
| --- | --- |
| February 9, 2007 | Last Day to respond to complaint (Stipulation Extending Response Date filed January 8, 2007) |
| February 16, 2007 | Last Day to file case management conference statement |
| February 23, 2007 | Initial Case Management Conference |

WHEREAS the parties require additional time to complete the settlement discussions;

THEREFORE the Case Calendar shall be continued for ninety (90) days such that the Case Calendar shall be as follows

| Date | Event |
| --- | --- |
| May 10, 2007 | Last Day to respond to complaint (Stipulation Extending Response Date filed January 8, 2007) |
| May 17, 2007 | Last Day to file case management conference statement |
| May 25, 2007 or thereafter pursuant to the Court's availability | Initial Case Management Conference |

STIPULATION AND [] ORDER RELATED TO CASE CALENDAR
Case No. C 06 7050 RMW
wc-128439

1

1  AGREED TO BY STIPULATION.

| | ERIC A. TATE<br>KATHRYN M. DAVIS<br>MORRISON & FOERSTER LLP |
|---|---|
| Dated: February 9, 2007 | By: /s/ Kathryn M. Davis<br>        Kathryn M. Davis<br><br>Attorneys for Defendants<br>KAD ELECTRONICS (USA), INC. AND<br>SHENYANG (ALEX) XIAO |
| | BRAD YAMAUCHI<br>JOHN OTA<br>MINAMI & TAMAKI LLP |
| Dated: February 9, 2007 | By: /s/ John Ota<br>        John Ota<br><br>Attorneys for Plaintiff<br>Felicia Yong |

**ORDER**

IT IS SO ORDERED:

DATED: ___**2/21**_____, 2007

_Ronald M. Whyte_
_____
The Honorable Ronald M. Whyte

STIPULATION AND [] ORDER RELATED TO CASE CALENDAR
Case No. C 06 7050 RMW
wc-128439

2

1  I, Kathryn M. Davis, am the ECF User whose ID and password are being used to file this
2  stipulation. In compliance with General Order 45, X.B., I hereby attest that John Ota has concurred
3  in this filing.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [] ORDER RELATED TO CASE CALENDAR
Case No. C 06 7050 RMW
wc-128439

3