| | |
|---|---|
| 1 | ERIC A. TATE (CA SBN 178719) |
| 2 | MORRISON & FOERSTER LLP<br>755 Page Mill Road |
| 3 | Palo Alto, California 94304-1018<br>Telephone:    650.813.5600 |
| 4 | Facsimile:    650.494.0792<br>E-mail:       ETate@mofo.com |
| 5 | KATHRYN M. DAVIS (CA SBN 203454) |
| 6 | MORRISON & FOERSTER LLP<br>101 Ygnacio Valley Road, Suite 450 |
| 7 | P.O. Box 8130<br>Walnut Creek, California 94596-8130 |
| 8 | Telephone:    925.295.3300<br>Facsimile:    925.946.9912 |
| 9 | Email:        KathrynDavis@mofo.com |
| 10 | Attorneys for Defendants |
| 11 | KAD ELECTRONICS (USA), INC. AND<br>SHEN YANG (ALEX) XIAO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/19/07*

| | | |
|---|---|---|
| FELICIA YONG, | | Case No.    C 06 7050 RMW |
| | Plaintiff, | SECOND STIPULATION AND [PROPOSED] ORDER RELATED TO CASE CALENDAR |
| v. | | |
| KAD ELECTRONICS (USA), INC.;<br>SHEN YANG (ALEX) XIAO, an individual; and<br>DOES 1 through 10, inclusive, | | Ctrm      6, 4th Floor<br>Judge:    Hon. Ronald M. Whyte<br>Action Filed:  November 13, 2006<br>Trial Date:    None Set |
| | Defendants. | |

Plaintiff Felicia Yong ("Plaintiff") and Defendants KAD Electronics (USA), Inc. and Shenyang (Alex) Xiao ("Defendants"), by and through their counsel, hereby stipulate as follows:

WHEREAS Plaintiff and Defendants have begun discussions related to settling Plaintiff's claims and presently are in the process of selecting a private mediator and scheduling a mediation date;

WHEREAS Plaintiff and Defendants believe the parties can successfully resolve the matter in mediation;

WHEREAS the parties previously stipulated and the Court Ordered that the Case Calendar be continued ninety (90) days to permit the parties to continue settlement negotiations;

WHEREAS the parties have scheduled a mediation session with Judge Cahill, Ret. on May 14, 2007, and require additional time to complete settlement discussions;

THEREFORE the Case Calendar shall be continued for an additional thirty (30) days such that the Case Calendar shall be as follows

| Date | Event |
|---|---|
| June 11, 2007 | Last Day to respond to complaint |
| June 18, 2007 | Last Day to file case management conference statement |
| ~~June 25, 2007~~ or thereafter pursuant to the Court's availability | Initial Case Management Conference *is continued to June 29, 2007 @ 10:30 a.m.* |

SECOND STIPULATION AND [~~PROPOSED~~] ORDER RELATED TO CASE CALENDAR
Case No. C 06 7050 RMW
wc-129336

1

1 | AGREED TO BY STIPULATION.

| | |
|---|---|
| Dated: April _, 2007 | ERIC A. TATE<br>KATHRYN M. DAVIS<br>MORRISON & FOERSTER LLP<br><br>By: /s/ Kathryn M. Davis<br>　　　Kathryn M. Davis<br><br>Attorneys for Defendants<br>KAD ELECTRONICS (USA), INC. AND<br>SHENYANG (ALEX) XIAO |
| Dated: April _, 2007 | BRAD YAMAUCHI<br>JOHN OTA<br>MINAMI & TAMAKI LLP<br><br>By: /s/ John Ota<br>　　　John Ota<br><br>Attorneys for Plaintiff<br>Felicia Yong |

**ORDER**

IT IS SO ORDERED:

DATED: 4/19, 2007

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

SECOND STIPULATION AND [~~PROPOSED~~] ORDER RELATED TO CASE CALENDAR
Case No. C 06 7050 RMW
wc-129336

2

1  I, Kathryn M. Davis, am the ECF User whose ID and password are being used to file this
2  stipulation.  In compliance with General Order 45, X.B., I hereby attest that John Ota has concurred
3  in this filing.