ERIC A. TATE (CA SBN 178719)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:    650.813.5600
Facsimile:    650.494.0792
E-mail:       ETate@mofo.com

KATHRYN M. DAVIS (CA SBN 203454)
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone:    925.295.3300
Facsimile:    925.946.9912
Email:        KathrynDavis@mofo.com

*E-FILED 4/25/07*

Attorneys for Defendants
KAD ELECTRONICS (USA), INC. AND
SHEN YANG (ALEX) XIAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELICIA YONG,<br><br>            Plaintiff,<br><br>     v.<br><br>KAD ELECTRONICS (USA), INC.;<br>SHEN YANG (ALEX) XIAO, an individual; and<br>DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.   C 06 7050 RMW<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER RELATED TO CASE CALENDAR**<br><br>Ctrm       6, 4th Floor<br>Judge:     Hon. Ronald M. Whyte<br>Action Filed:   November 13, 2006<br>Trial Date:     None Set |

SECOND STIPULATION AND [PROPOSED] ORDER RELATED TO CASE CALENDAR
Case No. C 06 7050 RMW
wc-129336

Plaintiff Felicia Yong ("Plaintiff") and Defendants KAD Electronics (USA), Inc. and Shenyang (Alex) Xiao ("Defendants"), by and through their counsel, hereby stipulate as follows:

WHEREAS Plaintiff and Defendants have begun discussions related to settling Plaintiff's claims and presently are in the process of selecting a private mediator and scheduling a mediation date;

WHEREAS Plaintiff and Defendants believe the parties can successfully resolve the matter in mediation;

WHEREAS the parties previously stipulated and the Court Ordered that the Case Calendar be continued ninety (90) days to permit the parties to continue settlement negotiations;

WHEREAS the parties have scheduled a mediation session with Judge Cahill, Ret. on May 14, 2007, and require additional time to complete settlement discussions;

THEREFORE the Case Calendar shall be continued for an additional thirty (30) days such that the Case Calendar shall be as follows

| Date | Event |
|---|---|
| June 11, 2007 | Last Day to respond to complaint |
| June 18, 2007 | Last Day to file case management conference statement |
| June 25, 2007 or thereafter pursuant to the Court's availability | Initial Case Management Conference |

AGREED TO BY STIPULATION.

| | ERIC A. TATE<br>KATHRYN M. DAVIS<br>MORRISON & FOERSTER LLP |
|---|---|
| Dated: April _, 2007 | By: /s/ Kathryn M. Davis<br>     Kathryn M. Davis<br><br>Attorneys for Defendants<br>KAD ELECTRONICS (USA), INC. AND<br>SHENYANG (ALEX) XIAO |
| | BRAD YAMAUCHI<br>JOHN OTA<br>MINAMI & TAMAKI LLP |
| Dated: April _, 2007 | By: /s/ John Ota<br>     John Ota<br><br>Attorneys for Plaintiff<br>Felicia Yong |

**ORDER**

IT IS SO ORDERED:

DATED: ___4/25/07___, 2007

/s/ Ronald M. Whyte
_____
The Honorable Ronald M. Whyte

SECOND STIPULATION AND [~~PROPOSED~~] ORDER RELATED TO CASE CALENDAR
Case No. C 06 7050 RMW
wc-129336

2

1  I, Kathryn M. Davis, am the ECF User whose ID and password are being used to file this
2  stipulation. In compliance with General Order 45, X.B., I hereby attest that John Ota has concurred
3  in this filing.

SECOND STIPULATION AND [PROPOSED] ORDER RELATED TO CASE CALENDAR   3
Case No. C 06 7050 RMW
wc-129336