ERIC A. TATE (CA SBN 178719)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:     650.813.5600
Facsimile:     650.494.0792
E-mail:        ETate@mofo.com

KATHRYN M. DAVIS (CA SBN 203454)
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone:     925.295.3300
Facsimile:     925.946.9912
Email:         KathrynDavis@mofo.com

Attorneys for Defendants
KAD ELECTRONICS (USA), INC. AND
SHENGYANG (ALEX) XIAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/12/07*

| | |
|---|---|
| FELICIA YONG,<br><br>        Plaintiff,<br><br>    v.<br><br>KAD ELECTRONICS (USA), INC.;<br>SHEN YANG (ALEX) XIAO, an individual; and<br>DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.   C 06 7050 RMW<br><br>**THIRD STIPULATION AND<br>[] ORDER RELATED<br>TO CASE CALENDAR**<br><br>Ctrm     6, 4th Floor<br>Judge:   Hon. Ronald M. Whyte<br>Action Filed:  November 13, 2006<br>Trial Date:   None Set |

1  Plaintiff Felicia Yong ("Plaintiff") and Defendants KAD Electronics (USA), Inc. and
2  Shengyang (Alex) Xiao ("Defendants"), by and through their counsel, hereby stipulate as follows:
3  WHEREAS Plaintiff and Defendants have reached a structured settlement that fully and
4  finally resolves Plaintiff's claims;
5  WHEREAS the structured settlement will be completely effectuated within forty-five (45)
6  days of May 14, 2007; that is, no later than June 28, 2007;
7  WHEREAS the parties wish to defer the present case calendar until July 5, 2007, by which
8  time the settlement will be completed and a Request for Dismissal will be filed;
9  THEREFORE the Case Calendar should be continued until July 5, 2007 to permit the parties
10 time to effectuate their settlement and file the necessary Request for Dismissal.

AGREED TO BY STIPULATION.

                                        ERIC A. TATE
                                        KATHRYN M. DAVIS
                                        MORRISON & FOERSTER LLP

Dated:  June 6, 2007                       By:  /s/ Kathryn M. Davis
                                                    Kathryn M. Davis

                                        Attorneys for Defendants
                                        KAD ELECTRONICS (USA), INC. AND
                                        SHENGYANG (ALEX) XIAO


                                        BRAD YAMAUCHI
                                        JOHN OTA
                                        MINAMI & TAMAKI LLP


Dated:  June 6, 2007                       By:  /s/ John Ota
                                                    John Ota

                                        Attorneys for Plaintiff
                                        Felicia Yong

1

2  **ORDER**

IT IS SO ORDERED:   The Case Management Conference is continued to July 6, 2007.

3

4  DATED: ___6/12_____, 2007

5  _____
   *Ronald M. Whyte*
   The Honorable Ronald M. Whyte

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28